## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 26-7 (SCC) |
| FRANCISCO JAVIER ARACENA-DE LA ROSA, Defendant | VIOLATION: 8 U.S.C. §§ 1326(a) & (b)(1) (ONE COUNT) |

RECEIVED & FILED
CLERK'S OFFICE
JAN -7 2026
US DISTRICT COURT
SAN JUAN, PR
3:07
mds

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Re-entry of Removed Alien
(Title 8, *United States Code*, Sections 1326(a) & (b)(1))

On or about December 18, 2025, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

### FRANCISCO JAVIER ARACENA-DE LA ROSA

who is an alien, as the term is defined in Title 8, United States Code, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Carlos J. Romo Aledo
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 1/7/2026