# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
*Plaintiff,*

v.

FRANCISCO JAVIER ARACENA-DE LA ROSA,
*Defendant.*

Cr. Case No. 26-0007 (SCC)

### JOINT INFORMATIVE MOTION

TO THE HONORABLE COURT:

Francisco Javier Aracena-De La Rosa ("Mr. Aracena"), by and through undersigned counsel, and the United States government very respectfully request 30 days to inform the court regarding the status of the case. In support of this request, the parties very respectfully state:

On January 7, 2026, Mr. Aracena was indicted with unlawful re-entry in violation of 8 USC §§ 1326(a) and (b)(1). DE-14. On January 20, 2026, he attended his arraignment and the Court set a status conference. DE-18. The status conference is currently scheduled for tomorrow, February 4, 2026 at 11:30am. DE-20.

Since the arraignment, Mr. Aracena received partial discovery, and a plea offer from the government. Mr. Aracena needs to review the discovery and discuss the offer. Mr. Aracena also needs to receive the pending discovery.

In light of the above information, and in leu of the status conference set for tomorrow, both parties respectfully requests 30 days to inform the court of the status of the case.

**WHEREFORE**, it is respectfully requested that this Honorable Court note the above request and grant the same.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED on February 3, 2026.

**Rachel Brill**
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

**s/ MaríaCarolina Gómez-González**
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922
Email: Maria_Gomez@fd.org

W. STEPHEN MULDROW

United States Attorney


_s/ Carlos J. Romo Aledo_

Carlos J. Romo Aledo

Special Assistant United States Attorney

U.S.D.C. 230407

350 Carlos Chardón Ave., Suite 1201

San Juan, PR 00918

Tel. (787) 766-5656

Email: carlos.romo.aledo@usdoj.gov