**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*,<br><br>v.<br><br>**FRANCISCO JAVIER ARACENA-DE LA ROSA,**<br>*Defendant*. | **Case No. 26-0007 (SCC)** |

**MOTION FOR CHANGE OF PLEA**

TO THE HONORABLE COURT:

Francisco Javier Aracena-De La Rosa, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states:

Mr. Aracena is charged with one count of reentry having been previously removed from the United States after a felony conviction. 8 U.S.C. § 1326(a) and (b)(1). DE-14.

Mr. Aracena met with undersigned counsel and further discussed the evidence, plea offer, and the details in his case. Mr. Aracena and the undersigned attorney have extensively discussed the contents of the Indictment against him, the fees and penalties involved, the applicability of the federal sentencing guidelines at the time of sentencing, the evidence that the government may present at trial, and the strength and witnesses of the government's case in chief.

Therefore, Mr. Aracena respectfully informs the Court of his decision to change his previously entered plea of not guilty to one of guilty pursuant to a straight plea.

**WHEREFORE**, Mr. Aracena respectfully requests this Honorable Court note the above-stated information and schedule a change of plea.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED on March 11, 2026.

**Rachel Brill**
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

**s/ MaríaCarolina Gómez-González**
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922
Email: Maria_Gomez@fd.org