## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,*<br><br>v.<br><br>**FRANCISCO JAVIER ARACENA-DE LA ROSA,**<br>*Defendant.* | **Case No. 26-0007 (SCC)** |

### MOTION FOR SAME-DAY CONTINUANCE

TO THE HONORABLE COURT:

Francisco Javier Aracena-De La Rosa, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states:

On March 20, 2026, Mr. Aracena plead guilty to one count of reentry having been previously removed from the United States after a felony conviction. 8 U.S.C. § 1326(a) and (b)(1). DE-25. Mr. Aracena's sentencing hearing was set for April 17, 2026. DE-25.

Today, April 10, 2026, Mr. Aracena's sentencing hearing was advanced to April 14, 2026, at 10:30am. Undersigned as a same-day change of plea and sentencing set for that same time and respectfully requests that Mr. Aracena's hearing be moved to the afternoon that same day if possible.

**WHEREFORE**, Mr. Aracena respectfully requests this Honorable Court note the above-stated information in light of the scheduled sentencing hearing.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED on April 10, 2026.

**Rachel Brill**
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

**s/ MaríaCarolina Gómez-González**
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922
Email: Maria_Gomez@fd.org